IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00781-WDM-MJW

RICHARD J. HETTLER,

Plaintiff,

v.

LYDIA DODY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se Plaintiff's Request for Expedited Ruling on Show Cause in Advance of the 24 August Hearing Motion to Vacate 24 August Show Cause Hearing, which was filed on July 13, 2006 (Docket No. 40), is granted to the extent that the Show Cause Hearing set for August 24, 2006, at 11:00 a.m. is vacated.  The Rule 16 Scheduling/Planning Conference remains set for August 24, 2006, at 11:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: July 17, 2006