IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00781-WDM-MJW

RICHARD J. HETTLER,

Plaintiff,

v.

LYDIA DODY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants Hennepin County Attorneys Office, Amy Klobuchar, Andrew LeFevour, and Glen Miller's Motion to Vacate Rule 16 Scheduling Conference Set for August 24, 2006 or in the Alternative for a Protective Order (docket no. 56) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on August 24, 2006, at 11:00 a.m. is VACATED. All discovery is STAYED until further order of court. This court will first rule on the outstanding motions to dismiss and then determine after such rulings whether a Rule 16 Scheduling Conference should be set.

Date: August 4, 2006