IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00781-WDM-MJW

RICHARD HETTLER

      Plaintiff,

v.

LYDIA DODY, et al.,

      Defendants

---

## ORDER OF CLARIFICATION REGARDING
## DEFENDANT THOMAS MILLER'S DEADLINE FOR RESPONDING TO
## PLAINTIFF'S COMPLAINT AND FIRST SUPPLEMENTAL COMPLAINT

---

      THIS MATTER having come before the Court on Defendant Thomas Miller's Motion for Clarification Regarding Deadline for Responding to Plaintiff's Complaint and First Supplemental Complaint ("Motion") and the Court being duly advised in the premises,

      IT IS HEREBY ORDERED THAT:

      A responsive pleading by Defendant Thomas Miller is due on or before September 18, 2006.

Dated this 30th day of August, 2006.

                                                 BY THE COURT:

                                                 S/Michael J. Watanabe
                                                 MICHAEL J. WATANABE
                                                 District Court Judge