IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-00781-WDM-MJW

RICHARD J. HETTLER,

    Plaintiff,

v.

LYDIA DODY, et al.,

    Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

The motion for default judgment filed September 5, 2006 (Docket No. 98) is **denied**. No entry of default has issued as to defendant Ruth D. Kahn. The reference of this motion to Magistrate Judge Watanabe is withdrawn.

Dated:  September 5, 2006

                                          s/Jane Trexler, Secretary/Deputy Clerk