IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-00781-WDM-MJW

RICHARD J. HETTLER,

      Plaintiff,

v.

LYDIA DODY, et al.,

      Defendants.

## MINUTE ORDER

The following Minute Order is entered by Judge Walker D. Miller:

Defendant Thomas Miller's Motion to Dismiss and brief are stricken for failure to comply with D.C.COLO.LCivR 7.1C.

Dated:  September 13, 2006

                                                    s/Jane Trexler, Secretary/Deputy Clerk