IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00781-WDM-MJW

RICHARD J. HETTLER,

    Plaintiff,

v.

LYDIA DODY, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on a letter from the plaintiff submitted to the Clerk on an *ex parte* basis. Such an *ex parte* communication with me would violate the spirit if not the letter of our local rule D.C.COLO.LCivR 77.2. Plaintiff's letter expressly disclaims it is a motion and will not be interpreted as such.

    Because of some confusion as to the nature of the plaintiff's filing, it was initially sealed without a motion to seal being filed in accordance with D.C.COLO.LCivR 7.2

    Upon review of the file and being sufficiently advised, it is ordered:

    1. Plaintiff's March 4, 2007 letters to me and the Clerk of this court shall be unsealed.

2. Plaintiff's March 4, 2007 letter is stricken as an improper attempt at *ex parte* communication.

DATED at Denver, Colorado, on March 9, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge